SHIRLEY NELSON v. JAMES NELSON.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DONATO CANTALUPO.

February 7, 1983.

Petition for certification denied.   (See 187 *N.J.Super.* 113)

STATE OF NEW JERSEY v. PATRICK CANTALUPO.

February 7, 1983.

Petition for certification denied.   (See 187 *N.J.Super.* 113)

MOBAY CHEMICAL CORPORATION v. DIRECTOR, DIVISION
OF TAXATION.

February 7, 1983.

Petition for certification granted.